UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
RACHEL DIAMOND,                                        :
                                                       :
                    Plaintiff,        :
                                                       :    05 Civ. 4993 (GEL)
  -against-                                           :
                                                       :    ORDER
DAVID J. SOKOL; DR. DAVID J. SOKOL,                    :
ATTORNEYS AT LAW; MARC R. LEFFLER,                     :
and LEFFLER & KATES, LLP,                              :
                                                       :
                  Defendants.       :
                                                       :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The parties have agreed in separate conversations with chambers that the trial in this matter should take place during the weeks of November 5 and November 13, 2007. The Sokol defendants have advised that an expert witness they intend to call will be overseas the second week of trial and have asked if he may be heard out of order. The Court is prepared to grant this request should it become necessary to do so, but the parties are reminded to consult the Court's individual rules concerning the form of direct testimony.

      To confirm the schedule and revise certain related deadlines, it is hereby ORDERED that:

1. The schedule for pretrial submissions shall remain, as no party has objected, as determined at the May 29 status conference: August 17, 2007, for filing; August 24, 2007, for any responses.
2. Trial shall begin at 9:30 a.m. on November 5, 2007, and continue as necessary through the subsequent week.
3. The parties shall appear for a pretrial conference on November 1, 2007, at 4:30 p.m.

SO ORDERED.

Dated: New York, New York
       June 11, 2007

                                              GERARD E. LYNCH
                                              United States District Judge